COMP
Tayvion Posey
6825 Greydawn Dr
Las Vegas, Nevada 89108
702-210-2314

Eight Judicial District Court
Clark County Nevada

Tayvion Posey

VS

Las Vegas Metropolitan Police Department
(South Central Area Command)

COMPLAINT

Tayvion Posey, in proper person complaints for Wrongful Arrest, Defamation of Character, Public
Humiliation, Past, Present and future Pain and Suffering and negligence against Las Vegas Metropolitan
(SCAC) South Central Area Command a unit in the department.

Parties

Tayvion Posey is an individual who is currently and was at all relevant times herein, a resident of the
State of Nevada in the Clark County of Las Vegas. Las Vegas Metropolitan Police Department is and was
at all relevant times herein, residents of the State of Nevada. Las Vegas Metropolitan Department is a
corporation organized and existing by virtue of the laws of the State of Nevada, and may be served with
process by service upon it's registered address of 4860 S Las Vegas Blvd, Las Vegas Nevada US. South
Central Are Command a unit in the department located at the same address. All of acts and or failures to
act alleged herein were daily performed by and/or attributable to defendants, individually or acting by
and through their agency or employment, or were ratified by defendants. The names of capacities,
whether individually, corporate, associate of otherwise of defendants and/or alter egos sued herein as
Las Vegas Metropolitan Police Department South Central Area Command inclusive, are properly
unknown and Tayvion Posey will amend this complaint to insert the names ascertained.

FACTS

South Central Area Command a unit under the Las Vegas Metropolitan Police Department located at 4860 S Las Vegas Blvd, Las Vegas NV 89119. On Thursday, Septemberr 2nd, 2021 at 1339 hours LVMPD officer Piekarski P#16268 was dispatched to an Assault/Battery with a firearm call for service at 1516 E Tropicana Ave Las Vegas NV 89119. Officers Piekarski P#16268, Pico P#15882, detectives Lawrence P#6075, Yarphel P#10034 all conducted an investigation on the scene. No suspects were arrested on the scene, no camera footage or recordings were discovered of the said crimes that happened on the scene. No arrest warrants were issued out on said suspect/suspects ever during this investigation. Officers conducted many interviews on the scene of the said crime. Joseph Meads the initial caller, an employee of the business complex describes a Black Male Adult in his 30s, approximately 5'11 with dreads wearing a white shirts and grey shorts had fled the scene in a burgundy Hyundai 4door sedan. Clifton Baylor describes a Black Male Adult with shoulder length dreads had been coming to and from the business complex in the last 2 week span. Tyrone Edmond describes a Black Male Adult with shoulder length dreads in a red sedan. Officers spoke to Anthony Davis as well on scene but he would not complete a statement or allow the conversation to be recorded. Leslie Long spoke with officers via phone and gave officer's information of a crime even though he was not there to see for himself to give a description of any said suspects the day of September 2nd 2021 in real time.

On September 4th, 2021 detectives Steinbach P#13989 presented the victim in a photo lineup and Tayvion Posey was picked out and suspected of these crimes. Even though a black man in his 30s, approximately 5'11 with long dreads was described as the suspect the day of the alleged crime as said in discovery of the case. Tayvion Posey was 24 years old, 5'9 and had short curly hair at the times of these claimed acts, as well in the photo lineup he was picked out of he had short curly hair, not dreads as the victim initially told officers. Still no arrest or warrant was placed in Tayvion Posey amongst this entire investigation.

On September 4th, 2021 at approximately 1800 hours, 2 days after the 911 call at 1516 E Tropicana Ave took place Officer L. Turley P#15885 along with Sergeant B. Walford P#8461 and South Central Area Command flex officers J. Griffith P#15829, D. Nesheiwat P#9375, W. Hawkins P#15849 proceeded to do an unmarked patrol car arrest when they saw Tayvion

Posey walking through his apartment complex and then arrest him under the charges above. (Shown in exhibit a) Placing him in handcuffs before even identifying him to be Tayvion Posey, they soon found out later. No warrant for arrest was presented or granted for arrest by any judge 2 days after the initial incident Tayvion Posey was accused of. No search warrant was presented to Tayvion Posey the day of arrest or any ever as he proceeded to be stopped, searched and seized then placed under arrest and booked in the Clark County Detention Center which would ultimately be an illegal search and seizure due to the fact that he was never suspected of any crime the day of his arrest or had a warrant out for his arrest. (Shown in exhibit b) Tayvion Posey then bonded out of jail on charges for Assault with a deadly weapon, felon in possession of a firearm and concealed carry by felon for the total amount of $15,000 thru a bail bonds for $2,300. (Shown in exhibit d)

On September, 2021 property of an iPhone was placed under and held for evidence and was not released until March of 2023. Oddly no search warrant was placed or even granted to search this iPhone for so called evidence though a iphone itself would hold no value to evidence it's what would be inside of the iPhone that could be used against someone. Tayvion Posey proceeds to go to court on said date and in court he is told to come back in 90 days to see if he'd actually be charged with these suspected crimes. (Shown in exhibit d) Tayvion Posey returns to court 90 days later to only find out he's only being charged with a felon in possession of a firearm and unlawful carrying concealed weapon (shown in exhibit e) and not the assault with a deadly weapon charge which would be the only and entire reason for the initial call which placed officers with the victims of said crime on the day of September 2nd 2021 to ever even have probable cause to even come in contact with Tayvion Posey. If Tayvion Posey was never charged for this alleged crime of assault with deadly weapon once at court but was arrested for it and bonded out on it there is no probable cause to even be in contact with him which would ultimately conclude an unlawful arrest. Officers could have got an arrest warrant if he's been picked out of a photo lineup and has been accused by all these victims that never showed up to court not once in 1 year and 4 months while he fought his case to back up there statements against him but they did not. Not because they cannot it is because Tayvion Posey is innocent and there's no evidence they could provide to back up these statements beyond reasonable doubt based on heresay of what people are saying, the same people that was not even there

the day of the alleged acts on September 2nd 2021. Tayvion Posey was never charged with assault with a deadly weapon in court therefore the probable cause to have him in contact with the police is non existent due to the facts and should have not been arrested, searched and seized in the first place. Tayvion Posey then proceeds to fight his case until March of 2023 were he was found Not Guilty and all charges were dismissed 1 year and 4 months from the initial incident due to lack of evidence that was presented.(shown in exhibit f) Tayvion Posey then proceeds to file his civil claim 6 months later in September of 2023 when his case was over and innocence was proven, he could not have filed any sooner while his case was ongoing and innocence was not proven in fact yet but when it was he took the action to civil matter therefore is in complete valid of the statue of limitations.

<u>CLAIMS FOR RELIEF</u>

As a result of defendants negligence, Tayvion Posey files for relief for an amount of $1,000,000.00 which will be proven at trial. Defendants have a duty to maintain residency fair and safe conditions for the public. Defendants breach directly and proximately caused Public Humiliation, Defamation of Character, Pain and Suffering caused by Wrongful Arrest conducted by officers that will last for the remainder of Tayvion Posey's life, lifetime trauma he will have to deal with, live with and carry for the rest of his days.

1.) For compensatory damages for medical cost and expenses for past, present and future pain and suffering excess the total amount of $1,000,000.00
2.) Pain and Suffering and general damages for past, present and future damages in excess of $250,000.00
3.) Public Humiliation in excess of $250,000.00
4.) Defamation of Character in excess of $250,000.00
5.) Wrongful Arrest in excess of $250,000.00

For interest at that statutory rate and for such other and future relief as this court seems just and equitable, I declare under penalty of perjury under the laws of the State of Nevada that the forgoing is true and correct. Dated in this day of Monday April 22nd, 2024.

Tayvion Posey
6825 Greydawn
Dr
Las Vegas, NV
89108
702-210-2314

# Exhibit A

P1206861224939

| *PAGE | 1 | OF | 1 | ☐ UOF | ☒ BODY CAM | LAS VEGAS METROPOLITAN POLICE DEPARTMENT | | |
|---|---|---|---|---|---|---|---|---|

*ID/CSP#  8216302  ☐ NEW ID

**TEMPORARY CUSTODY RECORD**
(* DENOTES OFFICER REQUIRED FIELD)

*ARREST DATE:  9/4/2021   *ARREST TIME:  1927

☐ JUVENILE   ☐ DNA SAMPLE TAKEN   ☒ DNA NOT REQ'D

*EVENT #:  210900016632

CO. SGT APPROVAL

*CO-DEF:  N

☐ REBOOK   ☐ ABSENTIA   ☐ FORM 6   ☐ NDOC   ☐ EXT TO LAS VEGAS   ☐ LVC   ☐ HND   ☐ NLV   ☐ COURTESY HOLD   ☐ DETAINER

| *INTAKE NAME (AKA, ALIAS, ETC.) | LAST POSEY | FIRST TAYVION | MIDDLE CHRISTOPHER | TRUE NAME LAST POSEY | | | FIRST TAYVION | MIDDLE CHRISTOPHER |
|---|---|---|---|---|---|---|---|---|

| *HOME ADDRESS (STREET # AND STREET NAME) 9314 W RUSSELL RD | | | | BLDG./APT.# | *CITY LAS VEGAS | *STATE NV | *ZIP 89148 | *PLACE OF BIRTH LOS ANGELES, CALIFORNIA |
|---|---|---|---|---|---|---|---|---|

| *DATE OF BIRTH 03/10/1997 | *RACE B | *HISP ETHN NH | *SEX M | *HEIGHT 5'09" | *WEIGHT 135 | *HAIR BLK | *EYES BRO | *SOCIAL SECURITY # 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 | *CITIZENSHIP USA | *ALIEN REGISTRATION # | ☐ US VETERAN ☐ ACTIVE MILITARY |
|---|---|---|---|---|---|---|---|---|---|---|---|

| *LOCATION OF CRIME (STREET ADDRESS, CITY, STATE, ZIP) ☒ CC ☐ LV 1516 W TROPICANA AVE 125 LAS VEGAS, NV 89119 | | | | | *LOCATION OF ARREST (STREET ADDRESS, CITY, STATE, ZIP) 9314 W RUSSELL RD 241 LAS VEGAS, NV 89148 | | | ☐ CITIZEN'S ARREST ☒ SPEAKS ENGLISH |
|---|---|---|---|---|---|---|---|---|

| *ARR ** TYPE | *COURT JURIS | *WARRANT # / CASE # | *# CNTS | *NCIC CODE | * M  GM  F | *CHARGE LITERAL | *ORD / NRS | *BAIL | *EVENT# / NIC# |
|---|---|---|---|---|---|---|---|---|---|
| PC | LVJCR | | 1 | 51459 | ☐ ☐ ☒ | CARRY CONCEAL WEAPON W/O PRMT | 202.350.1D | 5000 | 210900016632 |
| PC | LVJCR | | 1 | 51460 | ☐ ☐ ☒ | OWN/POSS GUN BY PROHIBIT PERS | 202.360.1 | 5000 | 210900016632 |
| PC | LVJCR | | 1 | 50201 | ☐ ☐ ☒ | ASSAULT, W/DW | 200.471.2B | 5000 | 210900006826 |
| | | | | | ☐ ☐ ☐ | | | | |
| | | | | | ☐ ☐ ☐ | | | | |
| | | | | | ☐ ☐ ☐ | | | | |

| *OTHER JURISDICTION: | PC – PROBABLE CAUSE    BS – BONDSMAN SURRENDER | **ARREST TYPES: BW – BENCH WARRANT    AW – ARREST WARRANT    RM – REMAND    GJI – GRAND JURY INDICTMENT |
|---|---|---|

| TIME STAMP AT BOOKING 9/4/2021 10:36 PM | *ARRESTING OFFICER SIGNATURE | *PRINTED NAME L. TURLEY | *P# 15885 | *AGENCY MPD | *SECTOR/BEAT OF ARREST R4 | FIRST APP DATE: | TIME STAMP AT RELEASING |
|---|---|---|---|---|---|---|---|

| | *TRANSPORTING OFFICER SIGNATURE | *PRINTED NAME J. GRIFFITH | *P# 14829 | *AGENCY MPD | Area C## SAC | TIME: | |

| | *EMERGENCY CONTACT NOTGIVEN NOTGIVEN | | | **CUSTODY RELEASED TO** | COURT: ☐ JUSTICE ☐ MUNICIPAL ☐ JUVENILE ☐ STD GAM OR REL | |
|---|---|---|---|---|---|---|

*RELATIONSHIP  NOT PROVIDED   NAME   ☐ PC   ☐ I.A.D.

*PHONE NUMBER   POSITION   JUDGE:

P# S13038M   *EMAIL ADDRESS   AGENCY

DOC  DIST P#

| PID: | 1:1 | RT  LT | RI | LI | SCORE:  9999 | 1:N  RT  LT | RI | LI  SCORE: |
|---|---|---|---|---|---|---|---|---|

☐ POLICE RECORDS COPY   ☐ COURTS COPY   ☒ DSD RECORDS COPY   ☐ PROCESSING COPY

FIRST APP DATE:
UNLAWFUL
DISSEMINATION of this
Restricted
Information is a
will subject the
and Civil liability.
Rel. To: DA
Date: 9/4/2021 P#
Las Vegas
Metropolitan Police
Department
By: T164778
REL REV P#

LVMPD 22 (Rev. 08/17) WORD 2010

202142578C - POSEY, TAYVION    Page 7 of 25

# Exhibit B

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## DECLARATION OF ARREST REPORT

TCR1157577

☐ County Jail   ☐ City Jail   ☐ Adult   ☐ Juvenile   Bureau: SCAC

| ID# 8216302 | EVENT # LLV210900016632 | ARRESTEE'S NAME (LAST) POSEY | (FIRST) TAYVION | (MIDDLE) | SSN# 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 |
|---|---|---|---|---|---|

| RACE B | SEX M | DOB 3/10/1997 | HGT 5'09" | WGT 135 | HAIR BLK | EYES BRO | POB LOS ANGELES, CALIFORNIA | | |

| ARRESTEE'S ADDRESS   STREET 9314 W RUSSELL RD | | BLDG/APT # | CITY LAS VEGAS | STATE NEVADA | ZIP CODE 89148 |
|---|---|---|---|---|---|

| OCCURRED DATE: 9/2/2021  TIME: 13:39 | ARREST DATE: 9/4/2021  TIME: 19:27 | LOCATION OF ARREST (NUMBER, STREET, CITY, STATE, ZIP CODE) 9314 RUSSELL RD W 241 LAS VEGAS NEVADA 89148 |
|---|---|---|

LOCATION OF CRIME (NUMBER, STREET, CITY, STATE, ZIP CODE)
1516 TROPICANA AVE W 125 LAS VEGAS NEVADA 89119

CHARGES / OFFENSES
PC - LVJCR - 51459 - F - CARRY CONCEAL WEAPON W/O PRMT
PC - LVJCR - 51460 - F - OWN/POSS GUN BY PROHIBIT PERS
PC - LVJCR - 50201 - F - ASSAULT, W/DW

CONNECTING REPORTS (TYPE OR EVENT NUMBER)
FELONY PACKET

The undersigned makes the following declarations subject to the penalty of perjury and says: That I am a peace officer with the Las Vegas Metropolitan Police Department, Clark County, Nevada, being so employed for a period of approximately 5 year(s).

That I learned the following facts and circumstances which lead me to believe that the above named subject committed or was committing the offenses above at the location of 1516 TROPICANA AVE W 125 LAS VEGAS NEVADA 89119   LAS VEGAS NEVADA 89119 and that the offense(s) occurred at approximately 13:39 hours on the 2nd day of September, 2021.

Details for Probable Cause:

**BWC Available**

**Officers Involved:**
L. Turley P# 15885
N. Hawkins P# 15847
J. Griffith P# 14829
D. Neshelwat P# 9375
Sergeant B. Walford P# 8461

**Arrestee:**
Posey, Tayvion ID# 8216302

Charges:
Carry Conceal Weapon without a Permit
Own/Possess Gun by Prohibited Person
Assault with a Deadly Weapon (Event LLV210900006826)

**Convictions:**
Own/Possess Gun by Prohibited Person - NV - 2018
Battery Resulting in Substantial Bodily Harm - NV - 2018

*Wherefore, Declarant prays that a finding be made by a magistrate that probable cause exists to hold said person for preliminary hearing (if charges are a felony or gross misdemeanor) or for trial (if charges are misdemeanor).*

Arresting Officer: L TURLEY          P#: 15885

LVMPD 602 (Rev 02/18) Word 2013

202142578C - POSEY, TAYVION          Page 8 of 25

# Exhibit C

| LAS VEGAS METROPOLITAN POLICE DEPARTMENT | Date of LVMPD Possession | | | | Time of LVMPD Possession | | | | Page(s) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROPERTY REPORT** | 9/4/21 | | | | 2150 | | | | 1 of | | | | |
| Click to Print 3 Copies   Click to Print First Page | | | | | | | | | | | | | |
| Incident
Search Warrant | Event # | 2 | 1 | 0 | 9 | 0 | 0 | 0 | 1 | 6 | 6 | 3 | 2 |

| ☒ EVIDENCE | ☐ NO EVIDENTIARY VALUE: | ☐ SAFEKEEPING |
|---|---|---|
| ☒ Felony ☐ Gross Misd ☐ Misdemeanor
List other related event #s (if any): | ☐ No Owner Identified
☐ Destroy
☐ Return to DMV | Must provide owner information in the Persons section below and assign an owner #. |

| Impounding Officer (print name)
D.Nesheiwat | Assigned Bureau
SCAC | P#/Initials
D9375N | Task Force officers from other jurisdictions:
Print LVMPD sgt. name and P#. |
|---|---|---|---|
| Assigned Supervisor (print name)
B. Walford | Assigned Bureau
SCAC | P#
8461 | |

### PERSONS – (S)USPECT / (V)ICTIM / (O)WNER / (F)INDER

| S ☒ O ☐
V ☐ F ☐
Assign Owner #: 1 | Last Name
Posey | First Name, MI
Tayvion | DOB
3/10/97 | Phone # | Charge(s)
AWDW,PPPFA,CCW |
|---|---|---|---|---|---|
| Street Address
9314 W. Russell #241 | City
Las Vegas | | State
NV | Zip Code
89148 | Arrest Date
9/4/21 | ID#
8216302 |
| S ☐ O ☐
V ☐ F ☐
Assign Owner #: | Last Name | First Name, MI | DOB | Phone # | Charge(s) |
| Street Address | City | | State | Zip Code | Arrest Date | ID# |
| S ☐ O ☐
V ☐ F ☐
Assign Owner #: | Last Name | First Name, MI | DOB | Phone # | Charge(s) |
| Street Address | City | | State | Zip Code | Arrest Date | ID# |

Remarks (Relating to Impound)
DNA recovered pursuant to Search Warrant

| Pkg # | Item # | Assign Owner #
(Corresponds to owner # listed above.) | Serial #,
Owner Applied Number,
State and Gov. Issued ID #s | Qty | Property Description
(include make, brand, model, color, etc. when applicable.) | Recovered Stolen or Embezzled? |
|---|---|---|---|---|---|---|
| 3 | 5 | 1 | | 1 | Buccal Swab Kit | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |

| FIELD RELEASE ONLY | | | |
|---|---|---|---|
| Released Item(s) # | Officer (P#/initials) | Released to Owner (person above) # | Owner's Signature |

VMPD 67A (Rev. 11/19)

Distribution: Records/OnBase | Evidence Vault | Citizen

202142578C - POSEY, TAYVION          Page 12 of 25


"Exhibit D"

Skip to Main Content Logout My Account Search Menu New Criminal Search Refine Search Back                    Location : Justice Court   Help

Online payments are temporarily unavailable. If you wish to make a payment on your criminal case, you can make a payment in person at Las Vegas Justice Court's Customer Service Division, mail in a Cashier's Check or Money Order, or pay in court at your future court return date.

Las Vegas Justice Court's Customer Service Division is located at the below address. Cashier's Checks and Money Orders can be mailed to this same address. No cash or personal checks are accepted.

Regional Justice Center
200 Lewis Ave.
1st Floor – Customer Service Division
Las Vegas, NV 89155

## REGISTER OF ACTIONS
### CASE NO. 21-CR-041378

| | | | | |
|---|---|---|---|---|
| State of Nevada vs. POSEY, TAYVION CHRISTOPHER | § § § § § | | Case Type: | Felony CR |
| | | | Date Filed: | 01/04/2022 |
| | | | Location: | JC Department 8 |

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Lead Attorneys** |
| Defendant | POSEY, TAYVION CHRISTOPHER | | Public Defender |
| | Other Agency Numbers | | *Public Defender* |
| | XJCAD157 XID Subject Identifier, | | 702-455-4685(W) |
| | 8216302 Justice Court Scope ID Subject | | |
| | Identifier, 1005809386 Nevada DPS BIN | | |
| | Numbers, 8216302 Scope ID Subject | | |
| | Identifier | | |
| State of Nevada | State of Nevada | | |

### CHARGE INFORMATION

| Charges: POSEY, TAYVION CHRISTOPHER | Statute | Level | Date |
|---|---|---|---|
| 1.   Carry conceal expl/gun/dang weap w/o prmt [51459] | 202.350.1d1 | Felony | 09/02/2021 |
| 2.   Own/poss gun by prohibit pers [51460] | 202.360.1 | Felony | 09/02/2021 |
| 999. Assault, with use of deadly weapon [50201] | 200.471.2b | Felony | 09/04/2021 |

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

| | |
|---|---|
| 12/29/2021 | **Disposition** (Judicial Officer: Zimmerman, Ann E.) |
| | 999. Assault, with use of deadly weapon [50201] |
| | DA Denial |
| 01/25/2023 | **Disposition** (Judicial Officer: Pro Tempore, Judge) |
| | 1. Carry conceal expl/gun/dang weap w/o prmt [51459] |
| | Bound Over to District Court as Charged (PC Found) |
| | 2. Own/poss gun by prohibit pers [51460] |
| | Bound Over to District Court as Charged (PC Found) |

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 09/04/2021 | Original Track Assignment JC08 |
| 09/04/2021 | **DA Request for Prosecution** |
| | *Request for Prosecution Sent to DA* |
| 09/04/2021 | **Case Assignment Sent** |
| | *Case Assignment Sent* |

# Exhibit D

| | |
|---|---|
| 09/04/2021 | Financial Affidavit |
| 09/05/2021 | CANCELED  Initial Appearance Justice Court (PC Review)  (1:30 PM) (Judicial Officer Ferreira, Amy) |
| | Custody Change - Surety Bond Posted |
| 09/05/2021 | Probable Cause Review Packet - Initial Appearance Court |
| 09/05/2021 | Surety Bond Acceptance-Notice of Appearance |
| 09/05/2021 | Surety Bond |
| 09/05/2021 | Waiver of Extradition After Admission to Bail |
| 10/05/2021 | Status Check on Filing of Criminal Complaint  (8:00 AM) (Judicial Officer Zimmerman, Ann E.) |
| | Surety bond posted |
| | Result: Matter Heard |
| 10/05/2021 | State Requests Additional Time for Filing of Complaint |
| 10/05/2021 | Continued for Status Check on filing of Criminal Complaint |
| 10/05/2021 | Surety Bond Ordered Exonerated |
| | 527404117-6 |
| 10/05/2021 | Minute Order - Department 08 |
| 10/05/2021 | Surety Bond Exonerated |
| 01/01/2022 | Administrative Reassignment to Department 9 |
| | Case Reassigned From Department 08 (Judge Ann Zimmerman) |
| | Status Check on Filing of Criminal Complaint  (8:00 AM) (Judicial Officer Bonaventure, Joseph M.) |
| | No bail posted |
| | Result: Matter Heard |
| 01/04/2022 | Criminal Complaint |
| | filed in open court |
| 01/04/2022 | Initial Appearance Completed |
| | Defendant Advised of Charges on Criminal Complaint, Waives Reading of Criminal Complaint |
| 01/04/2022 | Status Check |
| | on cofirmation of counsel |
| 01/04/2022 | Minute Order - Department 09 |
| 01/18/2022 | Status Check  (8:00 AM) (Judicial Officer Bonaventure, Joseph M.) |
| | No bail posted |
| | Result: Matter Heard |
| 01/18/2022 | Counsel Confirms as Attorney of Record |
| | D. Vandeheyden, Esq. |
| 01/18/2022 | Matter Not Negotiated - Preliminary Hearing/Trial Date Set |
| 01/18/2022 | Comment |
| | Preliminary Hearing Date set at Defense request. |
| 01/18/2022 | Minute Order - Department 09 |
| 03/02/2022 | Preliminary Hearing  (9:30 AM) (Judicial Officer Bonaventure, Joseph M.) |
| | No bail posted |
| | Result: Matter Heard |
| 03/02/2022 | Motion to Continue - Defense |
| | No Objection by State- Motion Granted. |
| 03/02/2022 | Continued For Negotiations |
| | on possible resolution. |
| 03/02/2022 | Minute Order - Department 09 |
| 04/27/2022 | Negotiations  (8:00 AM) (Judicial Officer Bonaventure, Joseph M.) |
| | No bail posted |
| | Result: Matter Heard |
| 04/27/2022 | Bench Warrant Ordered then Order for Warrant Withdrawn |
| | Defense arrived late - Case recalled at 9:42am |
| 04/27/2022 | Motion to Continue - Defense |
| | No Objection by State- Motion Granted |
| 04/27/2022 | Continued For Negotiations |
| | on possible resolution. Date set at defense request. |
| 04/27/2022 | Minute Order - Department 09 |
| 05/25/2022 | Negotiations  (8:00 AM) (Judicial Officer Bonaventure, Joseph M.) |
| | No bail posted |
| | Result: Matter Heard |
| 05/25/2022 | Bench Warrant Ordered then Order for Warrant Withdrawn |
| | Defense arrived late - Case recalled at 9:50am |
| 05/25/2022 | Motion to Continue - Defense |
| | No Objection by State- Motion Granted. |
| 05/25/2022 | Continued For Negotiations |
| | on possible resolution. Date set at defense request. |
| 05/25/2022 | Minute Order - Department 09 |
| 06/06/2022 | Negotiations  (8:00 AM) (Judicial Officer Bonaventure, Joseph M.) |
| | No bail posted |
| | Result: Matter Heard |
| 06/06/2022 | Notify |
| | A. Vanderheyden, Esq - notified via email of 06/07/22 court date. |
| 06/06/2022 | Continued For Presence |

# Exhibit D

| | | |
|---|---|---|
| | *of defense and continued possible resolution.* | |
| 06/06/2022 | **Minute Order - Department 09** | |
| 06/07/2022 | **Status Check**  (8:00 AM) (Judicial Officers Pro Tempore, Judge, Friedberg, Craig B.) | |
| | *No bail posted* | |
| | Result: Matter Heard | |
| 06/07/2022 | **Motion to Continue - Defense** | |
| | *No Objection by State- Motion Granted.* | |
| 06/07/2022 | **Matter Not Negotiated - Preliminary Hearing/Trial Date Set** | |
| | *Date set at defense request.* | |
| 06/07/2022 | **Minute Order - Department 09** | |
| 08/04/2022 | **Preliminary Hearing**  (9:30 AM) (Judicial Officer Bonaventure, Joseph M.) | |
| | *No bail posted* | |
| | Result: Matter Heard | |
| 08/04/2022 | **Comment** | |
| | *Defendant admonished by the court his presence is mandatory on the next court date and to arrive on time.* | |
| 08/04/2022 | **Bail Condition - Stay Out of Trouble** | |
| 08/04/2022 | **Preliminary Hearing Date Reset** | |
| | *Firm Setting. Matter to go forward or get resolved. Date set at defense request.* | |
| 08/04/2022 | **Minute Order - Department 09** | |
| 09/21/2022 | **Preliminary Hearing**  (9:30 AM) (Judicial Officers Pro Tempore, Judge, Friedberg, Craig B.) | |
| | *No bail posted* | |
| | Result: Matter Heard | |
| 09/21/2022 | **Comment** | |
| | *Matter called off by State* | |
| 09/21/2022 | **Motion to Withdraw Due to Conflict** | |
| | *Oral Motion by Defense- No Objection by State- Motion Granted* | |
| 09/21/2022 | **Defendant Identified as Indigent** | |
| | *Defendant and the Court discussed the appointment of counsel and defendant requested appointment of counsel* | |
| 09/21/2022 | **Public Defender Appointed** | |
| 09/21/2022 | **Discovery Given to Counsel in Open Court** | |
| 09/21/2022 | **Bail Condition - Stay Out of Trouble** | |
| 09/21/2022 | **Preliminary Hearing Date Reset** | |
| | *Date set at defense request (Public Defender)* | |
| 09/21/2022 | **Minute Order - Department 09** | |
| 11/22/2022 | **Preliminary Hearing**  (9:30 AM) (Judicial Officer Bonaventure, Joseph M.) | |
| | *No bail posted* | |
| | Result: Matter Heard | |
| 11/22/2022 | **Matter called off due to no contact with the defendant** | |
| | *Matter called off by Defense* | |
| 11/22/2022 | **Preliminary Hearing Date Reset** | |
| | *Date set at Defense's request; FIRM SETTING* | |
| 11/22/2022 | **Bail Condition - Stay Out of Trouble** | |
| 11/22/2022 | **Minute Order - Department 09** | |
| 01/01/2023 | **Administrative Reassignment to Department 8** | |
| | *Case reassigned from Department 9 (Judge Joseph M. Bonaventure)* | |
| 01/25/2023 | **Preliminary Hearing**  (9:30 AM) (Judicial Officers Pro Tempore, Judge, Zarcone, Justin) | |
| | *No bail posted* | |
| | Result: Bound Over | |
| 01/25/2023 | **Preliminary Hearing Held** | |
| | *Motion to Exclude Witnesses by State - Motion Granted States Witnesses: 1. Officer Joshua Griffith - Witness Identified Defendant. State Rests. Defendant Advised of His/Her Statutory Right to call witnesses, present evidence and/or to testify on his/her own behalf. Defendant understands his/her rights and following the advice of his defense counsel, waives his rights at preliminary hearing Defense Rests Motion to Dismiss and Argument in Favor of Said Motion by Defense Argument Against Said Motion by State Motion to Dismiss Denied* | |
| 01/25/2023 | **Oral Motion** | |
| | *by Defesen to Suppress - Objection by State - Denied* | |
| 01/25/2023 | **Bound Over to District Court as Charged** | |
| 01/25/2023 | **District Court Appearance Date Set (T8)** | |
| | *Feb 1 2023 9:30AM: Department 25 - Courtroom 15B (No bail posted)* | |
| 01/25/2023 | **Comment** | |
| | *District Court case number C-23-371056-1* | |
| 01/25/2023 | **Case Closed - Bound Over** | |
| 01/25/2023 | **Minute Order - Department 08** | |
| 01/25/2023 | **Certificate, Bindover and Order to Appear** | |
| 02/02/2023 | **Bind Over Receipt** | |

---

**FINANCIAL INFORMATION**

---

**Defendant** POSEY, TAYVION CHRISTOPHER
Total Financial Assessment                                                           50.00

"Exhibit E"

JUSTICE COURT, LAS VEGAS TOWNSHIP
CLARK COUNTY, NEVADA

THE STATE OF NEVADA,

          Plaintiff,

    -vs-

TAYVION CHRISTOPHER POSEY
#8216302,

          Defendant.

21CR041378

8

DA CASE NO:  202142578C

CRIMINAL COMPLAINT

The Defendant above named having committed the crimes of CARRYING CONCEALED FIREARM OR OTHER DEADLY WEAPON (Category C Felony - NRS 202.350 (1)(d)(3) - NOC 51459) and OWNERSHIP OR POSSESSION OF FIREARM BY PROHIBITED PERSON (Category B Felony - NRS 202.360 - NOC 51460), in the manner following, to wit:  That the said Defendant, on or about the 2nd day of September, 2021, at and within the County of Clark, State of Nevada,

COUNT 1 - CARRYING CONCEALED FIREARM OR OTHER DEADLY WEAPON

did then and there willfully, unlawfully and feloniously carry concealed upon his person, a firearm or other deadly weapon, to wit:  a handgun.

COUNT 2 - OWNERSHIP OR POSSESSION OF FIREARM BY PROHIBITED PERSON

did willfully, unlawfully, and feloniously own, or have in his possession and/or under his custody or control, a firearm, to wit: a firearm, the Defendant being a convicted felon, having in 2017, been convicted of Battery Resulting Substantial Bodily Harm, in Case No. C-16-3179522, and/or, having in 2018, been convicted of Ownership or Possession of Firearm by Prohibited Person, in Case No. C-17-324778-1, in the Eighth Judicial District Court, Clark County, felonies under the laws of the State of Nevada.

///

///

///

\\CLARKCOUNTYDA.NET\CRMCASE2\2021\425\78\FILING\202142578C-COMP-(TAYVION CHRISTOPHER POSEY)-001.DOCX

# Exhibit E

1      All of which is contrary to the form, force and effect of Statutes in such cases made and

2  provided and against the peace and dignity of the State of Nevada.  Said Complainant makes

3  this declaration subject to the penalty of perjury.

4

5

6                              12/29/21

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  /js
    LVMPD EV# 210900016632

28  (TK08)

  \\CLARKCOUNTYDA.NET\CRMCASE2\2021\425578\FILING\20214257RC-COMP-(TAYVION CHRISTOPHER POSEY)-001.DOCX

# Exhibit F

C-23-371056-1

### DISTRICT COURT
### CLARK COUNTY, NEVADA

Felony/Gross Misdemeanor                    **COURT MINUTES**                    March 15, 2023

C-23-371056-1          State of Nevada
                       vs
                       Tayvion Posey

March 15, 2023          9:30 AM          Petition for Writ of Habeas Corpus

**HEARD BY:** Delaney, Kathleen E.          **COURTROOM:** RJC Courtroom 15B

**COURT CLERK:** April Watkins

**RECORDER:** Velvet Wood

**PARTIES
PRESENT:**      Posey, Tayvion Christopher          Defendant
                Smith, Jennifer A.                  Attorney for Deft.
                State of Nevada                     Plaintiff
                Taylor, John                        Attorney for Pltf.

                        **JOURNAL ENTRIES**

- Following additional arguments by counsel, the Court does not believe sufficient evidence was put forward to sustain the charges, ORDERED, petition GRANTED and counts DISMISSED.

Ms. Smith to prepare the order.

NIC

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

CLERK OF THE COURT
MAY - 9 2023

PRINT DATE:    03/16/2023          Page 1 of 1          Minutes Date:    March 15, 2023