AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Tayvion Posey,

          Plaintiff,

v.

Las Vegas Metropolitan Police Department.

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01936-GMN-MDC

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendant, Las Vegas Metropolitan Police Department, and against Plaintiff, Tayvion Posey.

08/08/2025
Date

DEBRA K. KEMPI
Clerk

/s/ RJDG
Deputy Clerk